## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DIANA MEY, individually and on behalf of**
**all others similarly situated,**

       **Plaintiff,**                    **Civil Action No.:  17-cv-02350- PLF**

    **v.**

**WPA INTELLIGENCE,**

       **Defendant.**

## NOTICE OF SETTLEMENT

The parties, by their respective counsel, announce to the Court that they have reached a

settlement of all claims.  The parties will submit a proposed dismissal order within thirty (30)

days of the filing of this Notice of Settlement.

Dated:  April 25, 2018                 Respectfully submitted,

                                     Plaintiff,
                                     By Counsel.

*/s/Michael L. Murphy*
Michael L. Murphy (DC Bar No. 480163)
BAILEY & GLASSER LLP
1054 31st Street NW, Suite 230
Washington, D.C. 20007
Telephone:  (202) 463-2101
mmurphy@baileyglasser.com

John W. Barrett
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone:  (304) 345-6555
Facsimile:  (304) 342-1110
jbarrett@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

   *Counsel for Plaintiff Diana Mey*


AND


Kim Hoyt Sperduto (DC Bar No. 416127)
Joshua S. Kauke (DC Bar No. 999296)
SPERDUTO THOMPSON PLC
1133 Twentieth Street, N.W., Second Floor
Washington, DC 20036
Telephone:  (202) 408-8900
ksperduto@sperdutothompson.com
jkauke@sperdutothompson.com

Stuart L. Pardau
Law Offices of Stuart L. Pardau & Associates
11500 W. Olympic Blvd. Suite 340
Los Angeles, CA 90064
Telephone:  (310) 948-0861
Stuart@PardauLaw.com

   *Counsel for WPA Intelligence*

## CERTIFICATE OF SERVICE

I, Michael L. Murphy, hereby certify that on April 25, 2018, I caused to be filed the

foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and

accurate copy of such filing to be served upon all attorneys of record.


                     */s/Michael L. Murphy*

                     Michael L. Murphy (DC Bar No. 480163)
                     BAILEY & GLASSER LLP
                     1054 31st Street NW, Suite 230
                     Washington, D.C. 20007
                     Telephone:  (202) 463-2101
                     mmurphy@baileyglasser.com