**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DIANA MEY, individually and on behalf of**
**all others similarly situated,**

       **Plaintiff,**                      Civil Action No.: 17-cv-02350- PLF

      v.

**WPA INTELLIGENCE,**

       **Defendant.**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Plaintiff Diana Mey, by counsel, hereby voluntarily dismisses her claims against WPA Intelligence pursuant to Rule 41(a)(1)(A)(i). Each party shall bear their own attorneys' fees and costs.

Dated: May 1, 2018                                   Respectfully submitted,

                                                             Plaintiff,
                                                             By Counsel.

__/s/Michael L. Murphy_____
Michael L. Murphy (DC Bar No. 480163)
BAILEY & GLASSER LLP
1054 31st Street NW, Suite 230
Washington, D.C. 20007
Telephone: (202) 463-2101
mmurphy@baileyglasser.com

John W. Barrett
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
jbarrett@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff Diana Mey*

## CERTIFICATE OF SERVICE

I, Michael L. Murphy, hereby certify that on May 1, 2018, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

                                                     /s/Michael L. Murphy
Michael L. Murphy (DC Bar No. 480163)
BAILEY & GLASSER LLP
1054 31st Street NW, Suite 230
Washington, D.C. 20007
Telephone: (202) 463-2101
mmurphy@baileyglasser.com